GEORGE F. HUTCHINSON, *et al.*, v. JOHN BAIN.

PRACTICE IN SUPREME COURT; *Presentation of Error.* Where no brief is filed, nor oral argument made by the plaintiff in error, and no error is obvious, the judgment of the court below must be affirmed.

*Error from Osage District Court.*

BAIN brought replevin against *Hutchinson* and another for the recovery of the possession of a certain printing press and a keg of ink. The action was tried at the March Term 1872. Verdict and judgment for plaintiff for the recovery of the possession of said property, and for damages for the wrongful detention by defendants. The value of the property was assessed at $250, and damages for detention assessed at $85. New trial refused, and defendants bring the case here on error. No briefs filed.

*Lewis & Shoemaker*, for plaintiffs in error.

*By the Court,* VALENTINE, J.: The plaintiffs in error have filed no brief nor made any oral argument in this case. No errors have therefore been very specifically pointed out to us. And from an inspection of the petition in error, and a hasty examination of the record, we have discovered no error. For the reasons therefore that no error is obvious, and none has been pointed out to us except by the petition in error, (*Wilson v. Fuller,* 9 Kas., 176,) the judgment of the court below must be affirmed.

All the Justices concurring.